NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MIDWESTERN PET FOODS, INC.,**
*Appellant,*

v.

**SOCIETE DES PRODUITS NESTLE S.A.,**
*Appellee.*

---

2011-1482
(Opposition No. 91163853)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Societe Des Produits Nestle S.A. moves for a 40-day extension of time, until December 13, 2011, to file its response brief.  Midwestern Pet Foods, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Timothy D. Pecsenye, Esq.
Matthew A. Braunel, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 1 7 2011**

**JAN HORBALY
CLERK**